## Loveman, Jaros & Co. v. Brown & Kornman.

APPEAL from Birmingham City Court, in Equity.

Heard before the HON. W. W. WILKERSON.

JAMES E. WEBB, for appellant.

MOUNTJOY & TOMLINSON, for appellees.

The bill in this case was filled by the appellees as cred-
itors of the firm of Loveman & Eger, for the purpose of
setting aside a sale and conveyance of a stock of goods
by Loveman & Eger to the appellants, Loveman, Jaros &
Company, on the ground that such sale was had with
the intent to hinder, delay and defraud the creditors of
Loveman & Eger.

On the submission of the cause, on the pleadings and
proof, the chancellor decreed that the sale was fraudu-
lent, and therefore ordered the same set aside and an-
nulled. From this decree the appeal is taken, and the
rendition thereof is assigned as error. The decree is
affirmed.

Opinion by HARALSON, J.